**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

13-CV- 5074 (RRM)(LB)

Troy English,
Full name of plaintiff/prisoner ID#

"NOTICE OF MOTION: TO AMEND COMPLAINT"

Plaintiff,

JURY DEMAND
YES ✓   NO _____

-against-

Eugene Rios
P.O. Azcozubi, P.O. Estrella, E.
Sgt. Adam, D. Sgt. Muller
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 21 2013 ★
BROOKLYN OFFICE

Defendants.
------------------------------------------------x

I.  Previous Lawsuits:

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

    B.  If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: N/A

            Defendants: N/A

        2. Court (if federal court, name the district; if state court, name the county) N/A

        3. Docket Number: N/A

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit: __N/A__

7. Approximate date of disposition: __N/A__

II. Place of Present Confinement: __Anna M. Kross Center (C-95)__

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )

   C. If your answer is YES,

      1. What steps did you take? __None Grieable__

      2. What was the result? __N/A__

   D. If your answer is NO, explain why not __this is a none grievable issue for prison__

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

   F. If your answer is YES,

      1. What steps did you take? __I tried to speak with the supervising officer and explain my situation__
      2. What was the result? __I was told to remain silent.__

2

III.  Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Troy English 1411306086

Address  1818 Hazen St. East Elmhurst, N.y. 11370

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1
P.o. Azcazubi (17865)
78 Pct. 65 6th Avenue
Brooklyn, N.Y. 11215

Defendant No. 2
P.o. Estrella Edward
78 Pct. 65 6th Avenue
Brooklyn, N.Y. 11215

Defendant No. 3
Sgt. Adam Donna
78 Pct. 65 6th Avenue
Brooklyn, N.Y. 11215

Defendant No. 4
Sgt Muller
78 Pct 65 6th Avenue
Brooklyn, N.Y. 11215

Defendant No. 5
Eugene Rios
139 Flatbush Avenue
Brooklyn, N.Y. 11215

→ Please ↓see attachment statement store — Manager

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

2013KN0-38195

3

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

139 Flatbush Ave. may, 18-2013 at approximately Time 21:00 hours Saturday, I was in Flatbush - Mall Shopping, I was stopped by this P.o. Azcazubi (17865) came up to me asking "Did you Just Leave" Victora Secret (store) AND when I Turn my head back to him to answer His Question, I was continuously Sprayed in the face with maze and/or pepper spray into the Claimant's eyes which then threw to the ground And that's when I hit my head & back on the ground. Then other officers came running saying What happen and that's when they pick me up and carry me inside of the Victora Secret. Then the Ambalance Had came and taken to the Hospital.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Claimant Troy English seeks to recover money damages for false Arrest, False imprisonment, Excessive Force, Harassment, Assault, Battery, Malicious Prosecution, Denial of Right to a Fair Trial and, Personal Injuries; Violation of Civil Right under section 1983 of the United States Code and more particularly under the 4th, 5th, 8th and 14th, Amendments of the United states constitution and parallel provisions of the New york State constitution and other related damages incurred, which exceed the

4

Jurisdictional limits of all lower courts herein together with claimant. Troy English sustained severe head and back pain personal injuries, the full extent of which is not presently known, including but limited to, upon information and belief, injuries to both eyes, head and back. Claim is for personal injuries, hospital, physician and other medical expenses, pain and suffering, loss of quality and/or enjoyment of life, and all other damages to which claimant is entitled to by case law and statute.

  The undersigned claimant therefore presents this claim for adjustment and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.

Dated: 1818 Hazen St.  Also Please
  August, 29-2013  See attachments

*[Handwritten notes, rotated sideways, partially illegible:]*

2131: T/U in route to 175 Nostrand Ave Apt 10-12
2240: In route to 75 pct.
Paid Detail - Escorting EMS to Hosp w/ Perp Troy English
2251: PO @ Lich - Bus# 3639
Unit 3203 - ACR# 29402
2320: Per English Cop released from Hosp - Diagnosis - Eye contusion
Pam to to S/H
011 at S/H discussed arrest
015: Escorted BC and entire paperwork stopped
020: 2 cooler 61 and entire Syed by St. Adam, Dr. -
0241: Entire arrest w/ ACS
Complaint Started
0212: Complaint # 2012-H-001869
received
0236: Arrest ID # B13845267-1
conducted
021E: DAT investigation signed by Dlo Sgt Adams
0245: Sequencing Door filled out

## Criminal Court of the City of New York
### Part APAR     County of Kings

THE PEOPLE OF THE STATE OF NEW YORK
v.
TROY ENGLISH

State of New York
County of Kings

_____
                Defendant

Police Officer Julie Lockett of the Kings County District Attorney's Office says that on or about May 18, 2013 at approximately 9:00 PM at 139 FLATBUSH AVENUE, County of Kings, State of New York, the defendant committed the offenses of:

PL 155.25    PETIT LARCENY(DQO)
PL 165.40    CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH DEGREE

in that the defendant did:
STEAL PROPERTY; KNOWINGLY POSSESS STOLEN PROPERTY WITH THE INTENT TO BENEFIT HIMSELF OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY AN OWNER THEREOF.

The source of deponent's information and the ground for deponent's belief are as follows:

The deponent is informed by the sworn statement of Eugene Rios, manager, Victoria Secret Inc., at the above time and place, the informant observed the defendant take 6, Pink sweat pants and leave the store in possession of the above-mentioned property without paying for it, place the above mentioned property inside defts bag.

The deponent is informed by the sworn statement of informant that informant is the custodian of the above-described property, and defendant did not have permission or authority to take, use, possess or attempt to take, use or possess that property.

False statement made in this document are punishable as a class a misdemeanor pursuant to section 210.45 of the Penal Law.

May 19 2013

CPL-216



Printed 6/19/13 9:52     A13640784  Arrested 05/18/13

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

Punative Damages in the amount of $42,000 For Duress, pain and Suffering. As well as mental anguish. Compensation damages in the amount of $52,000 for loss of wages, payment of hospital Due bills, Medications, Duress, pain and Suffering, as well as physical injuries.

I declare under penalty of perjury that on 8-29-2013, I delivered this
    (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 29th day of August, 2013. I declare under penalty of perjury that the foregoing is true and correct.

tray English
Signature of Plaintiff

A.M.K.C. C-95
Name of Prison Facility

18-18 Hazen St.
East Elmhurst
N.y. 11370
Address

1411306086
Prisoner ID#

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------- x

Troy English

                Plaintiff,              Affirmation of Service

-against-

Eugene Rios
P.O. Azcazubi (17865)
P.O. Estrella Edward
Sgt. Adam Dorna      Defendant.     ____CV____( )
Sgt. Muller
----------------------------------------- x

I, Troy English, declare under penalty of perjury that I have served a copy of the attached 42.U.S.C. 1983 Civil Rights Complaint upon City of new york, Eugene Rios, P.O. Azcazubi, P.O. Estrella, E. Sgt. Adam Dorna, Sgt. Muller.

whose address is: 78 Pct. 65 6th Avenue Brooklyn, N.Y. 11215 and where it happen are: 139 Flatbush Avenue Brooklyn, N.Y. 11215

Dated: 8-29-2013
      , New York

Troy English A.M.K.C.(C-95)
Signature

1818 Hazen St.
Address

East Elmhurst, N.Y. 11370
City, State, Zip Code