UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TROY ENGLISH,

        Plaintiff,

    - against -

P.O. AZCAZUBI, P.O. ESTRELLA,
SGT. D. ADAM, and SGT. MULLER,

        Defendants.
-------------------------------------------------------------X

**JUDGMENT**
13-CV-5074 (RRM)(LB)

A Memorandum and Order of the undersigned having been filed this day dismissing this action for failure to prosecute and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

    ORDERED, ADJUDGED AND DECREED that this action is dismissed, and this case is hereby closed.

Dated: Brooklyn, New York
       March 20, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge